### 1910.	SMITH v. BALES.

HILL, C. J.	1. The excerpts from the charge assigned as error are not materially erroneous, when considered in connection with the entire charge, which clearly, fairly, and correctly presented to the jury the law applicable to the issues.

2. The evidence in behalf of the plaintiff fully supports the verdict in his favor.	*Judgment affirmed.*

Levy and claim; from city court of Dublin—Judge Griffin presiding.	April 15, 1909.

Submitted June 28,—Decided December 24, 1909.

*W. C. Davis,* for plaintiff in error.	*T. E. Hightower,* contra.